Florida Ice Manufacturing Co., a Corporation, Appellant, v. The Rust Boiler Company, a Corporation, Appellee.

(Supreme Court of Florida, *En Banc,* June Term, 1909.)

Fletcher & Dodge, for Appellant.

Cooper & Cooper, for Appellee.

Circuit Court of Duval County; R. M. Call, Judge.

Decree in favor of appellee. Appeal dismissed on motion of counsel for appellant.